

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DAWN CURTIS, | § | No. 08-14-00206-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
|  | § | 14th District Court |
|  | § |  |
| v. | § | of Dallas County, Texas |
|  | § |  |
| AGF SPRING CREEK/COIT II, LTD., | § | (TC# DC-10-04499-A) |
|  | § |  |
| Appellee. | § |  |
|  | § |  |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is a motion filed by Appellant, Dawn Curtis, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


GUADALUPE RIVERA, Justice

August 27, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.